UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| -against- | 23-cr-00433-JLR |
| THEODORE LEWIS, | **<u>ORDER</u>** |
| Defendant. | |

JENNIFER L. ROCHON, United States District Judge:

In order to assist the Court in preparing for the September 22, 2023 bail hearing, IT IS HEREBY ORDERED that defense counsel shall submit a proposed bail package and letter in support thereof, no later than **September 13, 2023**. The Government shall submit a letter explaining its position on continued detention, and responding to defense counsel's letter, no later than **September 18, 2023**.

Dated:   August 25, 2023
         New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge