

**NEW JERSEY OFFICE**
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

**NEW YORK OFFICE**
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

September 14, 2023

*Via ECF*
The Honorable Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: United States v. Theodore Lewis,
Case No. 23-cr-433 (JLR)

Dear Judge Rochon:

I was appointed to represent Theodore Lewis in the above matter on July 27, 2023. We had a change of counsel hearing today before Magistrate Cave, and I was relieved as counsel and attorney Jill Shellow was appointed. There is currently a pretrial conference scheduled in this matter before Your Honor on September 22, 2023. Your Honor indicated that bail would be heard at that time as well. We were prepared to file a letter motion containing a proposed bail package and brief in support of bail last night but had issues with ECF in filing. We have that document ready to file today, but considering the change of counsel, we have not filed it. We seek permission to be excused from filing that bail motion based on the change of counsel.

Thank you for Your Honor's time and consideration to this request.

Respectfully submitted,
s/ Lorraine Gauli-Rufo
Lorraine Gauli-Rufo

cc: Jill R. Shellow, Esq.
Jun Xiang, AUSA

Application GRANTED.  Given today's substitution of counsel, former counsel is relieved from filing the letter motion with a proposed bail package.

Dated: September 14, 2023
       New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

1