# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
15 Chester Avenue / White Plains, New York 10601

September 22, 2023

**BY ECF AND EMAIL**

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> The within application is GRANTED. The bail hearing is adjourned to **October 10, 2023 at 11:00 a.m.** Speedy trial time is excluded under 18 U.S.C. §3161(h)(7) until October 10, 2023. The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the defendant in a speedy trial because of the need for counsel to review case materials, consider any motions, and confer re: potential pretrial resolution. This resolves the Letter Motions at ECF Nos. 19 and 20.
>
> Dated: September 22, 2023
> New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

RE:  *United States v. Theodore Lewis, 23-cr-433 (JLR)*

Dear Judge Rochon:

On September 14, 2023, I was appointed to represent Theodore Lewis. At the time of my appointment, his counsel had prepared a bail application and a hearing had been scheduled. Your Honor adjourned the filing deadlines and hearing by one week to permit me to meet with Mr. Lewis and become acquainted with the matter. I am writing now to request another week to gather additional information and to obtain the transcript of the bail application heard by the magistrate judge. I propose that Mr. Lewis' bail application be due on September 29, 2023 and that the government's response be due on October 6, 2023. I further request that the hearing on this application be scheduled for October 9, the morning of October 10, or after October 17, 2023 at Your Honor's convenience. I am traveling from October 10-17. I have conferred with AUSA Jun Xiang, and the Government consents to this request.

Mr. Lewis consents to the exclusion of time from the Speedy Trial Act calculation until the new date of the hearing pursuant to 18 U.S.C. § 3151(h)(7).

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

cc:   AUSA Jun Xiang (by ECF and email)
      Theodore Lewis (by legal mail)

Admitted: NY, CT, DC