# LAW OFFICES OF JILL R. SHELLOW PLLC

_____

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

October 4, 2023

**BY ECF AND EMAIL**

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

> The within application is GRANTED.  The Bail Hearing is adjourned to **October 18, 2023 at 10:00 a.m.**  Speedy trial time is excluded under 18 U.S.C. §3161(h)(7) until October 18, 2023. The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the defendant in a speedy trial because of the need for counsel to review case materials, consider any motions, and confer re: potential pretrial resolution.  This resolves the Letter Motions at ECF Nos. 24 and 27.
>
> Dated: October 4, 2023
> New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

RE:     *United States v. Theodore Lewis, 23-cr-433 (JLR)*

Dear Judge Rochon:

This letter supersedes the letter filed yesterday at Docket #24.

I am again writing to request a new deadline for filing a written submission in connection with Theodore Lewis' appeal of Magistrate Judge James L. Cott's August 4, 2023 decision that detention was necessary.  I finally received the transcript of that hearing this afternoon, and I want to confer with Mr. Lewis before filing the appeal about several issues that the transcript first brought to my attention.  I met with Mr. Lewis this morning before receiving the transcript, but because of my other commitments I am unable to return to the MDC before this weekend.  Accordingly, I respectfully request that Your Honor set October 12, 2023 as the new deadline for filing the appeal and October 16 for the Government to file any opposition, with a hearing at Your Honor's convenience any day after October 17.  I have consulted with Mr. Lewis, and he approves this request.  I have also conferred with AUSA Jun Xiang, and the Government consents.  Mr. Lewis consents to the exclusion of time from the Speedy Trial Act calculation until the date of the bail hearing.

Thank you for your consideration.

Respectfully submitted,

*JRS*

Jill R. Shellow

cc:     AUSA Jun Xiang (by ECF and email)
        Theodore Lewis (by legal mail)

Admitted:  NY, CT, DC