UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

      - v. -                                                 23 CR 433 (JLR)

THEODORE GRANDISON LEWIS,              [PROPOSED] ORDER

           Defendant.
------------------------------------------------------------X

TO:  Warden, Metropolitan Detention Center, MDC Brooklyn

RE:  Theodore Grandison, Fed. Reg. No. 70151-510

      Upon the application of Jill R. Shellow, attorney for Theodore Grandison, the above referenced defendant/inmate, the MDC is hereby ORDERED to accept from Ms. Shellow, other members of the defense team working under Ms. Shellow's direction, or Mr. Lewis' family, the clothing itemized below, to permit Mr. Grandison to wear this clothing at his sentencing on April 16, 2024 **at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007**.

           1 suit
           1 dress shirt
           1 belt
           1 necktie
           1 pr. dress socks
           1 undershirt
           1 pr. dress shoes

Dated:     New York, New York
              March __13__, 2024

                                         SO ORDERED: ___*Jennifer Rochon*___
                                                       JENNIFER L. ROCHON
                                                       UNITED STATES DISTRICT JUDGE