# LAW OFFICES OF JILL R. SHELLOW PLLC
_____

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

April 24, 2024

**CORRECTED**

**BY ECF AND EMAIL**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007
rochonnysdchambers@nysd.uscourts.gov

Letter motion GRANTED.  The sentencing is adjourned to **June 20, 2024 at 11:30 a.m.**  This resolves the letter motions at ECF Nos. 45 and 46.

Dated: April 24, 2024
       New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

    RE:    *United States v. Theodore Lewis, 23-cr-433 (JLR)*

Dear Judge Rochon:

    Your Honor is scheduled to sentence my client, Theodore Lewis, on June 4, 2024.  On April 9, 2024, Your Honor appointed a second attorney, Sam Gregory, to advise Mr. Lewis.  Mr. Lewis would like Mr. Gregory in court at the sentencing proceeding, but Mr. Gregory is not available on June 4.  I have conferred with AUSA Jun Xiang and Mr. Gregory and both are available on June 20, 2024.  I am available on that date as well.  Accordingly, I respectfully request that Mr. Lewis' sentencing be adjourned to June 20, 2024 at 11:30AM.  This is Mr. Lewis' second request to adjourn the date of his sentencing.

    Thank you for your consideration.

                              Respectfully submitted,

                              Jill R. Shellow

cc:    Theodore Lewis (by legal mail)

Admitted:  NY, CT, DC