# LAW OFFICES OF JILL R. SHELLOW PLLC

---

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

June 5, 2024

**BY ECF AND EMAIL**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007
rochonnysdchambers@nysd.uscourts.gov

> Letter Motion GRANTED.  The sentencing is adjourned from June 20, 2024 to **July 17, 2024 at 10:00 a.m.**
>
> Dated: June 6, 2024
> New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

**RE:**   *United States v. Theodore Lewis, 23-cr-433 (JLR)*

Dear Judge Rochon:

    Your Honor is scheduled to sentence Theodore Lewis on June 20, 2024, and I am writing to request that Your Honor adjourn the sentencing until a date in July or August because the Supreme Court has not yet issued an Opinion in *United States v. Rahimi*,(22-915).  The question presented in *Rahimi* is "[w]hether 18 U.S.C. § 922(g)(8), which prohibits the possession of firearms by persons subject to domestic-violence restraining orders, violates the Second Amendment on its face."  The base offense level used to determine Mr. Lewis' federal Sentencing Guideline is predicated on his being this category of "prohibited person." *See* Presentence Report, May 23, 2024 at ¶ 44.  *Rahimi* was argued on November 7, 2023, and *Rahimi* is one of the major decisions left to be decided by the Court before the term ends this month.  This is Mr. Lewis' third request to adjourn his sentence.  I have conferred with the government, and the government consents to this request.

    Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

cc:   Theodore Lewis (by legal mail)

Admitted:  NY, CT, DC