UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

THEODORE LEWIS,

Defendant.

23-cr-00433 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

It is hereby ORDERED that the Government shall file its response to Defendant's Motion for Return of Property at Dkt 66 no later than **November 5, 2026.**

Dated: October 30, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge