UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

THEODORE LEWIS,

Defendant.

23-cr-00433 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

It is hereby ORDERED that the Defendant shall file its reply to the Government's Opposition to Defendant's Motion for Return of Property at Dkt. 67 no later than **November 9, 2026.**

Dated: November 5, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge