UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

THEODORE LEWIS,

Defendant.

23-cr-00433 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

It is hereby ORDERED that the Government confirm where the Defendant was taken after his arrest and prior to going to MDC Brooklyn. If the Defendant was taken to 500 Pearl Street as the Defendant contends in his Reply to his Motion for Return of Property at Dkt. 70, the Government shall reconfirm whether Defendant's bracelet was or is in the custody of law enforcement. The Government shall so confirm by no later than **November 18, 2026.**

Dated: November 13, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge